IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLENN L. STRAYER, )<br>　　　　　　　Plaintiff　　) <br>　　　　　　　　　　　　　　) <br>　vs.　　　　　　　　　　　) Civil Action No. 05-1612 <br>　　　　　　　　　　　　　　) Judge Arthur J. Schwab/ <br>JOHN WALTON, Warden, Westmoreland ) Magistrate Judge Amy Reynolds Hay <br>County Prison; STEVEN CMAR, Deputy ) <br>Warden of Security, Westmoreland County ) <br>Prison, 　　　　　　　　　　) <br>　　　　　　　Defendants  ) | |

**<u>ORDER</u>**

AND NOW, this 28th day of March, 2006, after the plaintiff, Glenn L. Strayer, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the complaint is dismissed for failure to prosecute;

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

　　　　　　　　　　　　　　　　　　s/Arthur J. Schwab　　　　　　　　
　　　　　　　　　　　　　　　　　　ARTHUR J. SCHWAB
　　　　　　　　　　　　　　　　　　United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Glenn L. Strayer
1680-2005
Westmoreland County Prison
3000 South Grande Boulevard
Greensburg, PA 15601